BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Safia Gray Hussain (SBN 251123)
SHussain@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant,
US MED, LLC

Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Meghan E. George (SBN 274525)
mgeorge@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Telephone:  877.206.4741
Facsimile:   866.633.0228

Attorneys for Plaintiff,
LEEROY WILLIAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEROY WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>US MED, LLC; DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 1:17-cv-00014-DAD-JLT<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT US MED, LLC TO RESPOND TO THE COMPLAINT**<br><br>**(Doc. 6)** |

149802.00601/105116336v.1

Plaintiff LEEROY WILLIAMS ("WILLIAMS") and Defendant US MED, LLC ("US MED"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS, US MED'S response to the Class Action Complaint ("Complaint") filed by WILLIAMS currently is due on February 17, 2017; and

WHEREAS, WILLIAMS and US MED have agreed to extend the time for US MED to respond to the Complaint by three (3) weeks, to and including March 10, 2017, in order to allow US MED'S counsel, which was recently retained, an opportunity to review the matter and prepare a response; and

WHEREAS, WILLIAMS and US MED have not obtained any other extension of time for US MED to respond to the Complaint;

NOW, THEREFORE, WILLIAMS and US MED stipulate as follows:

The deadline for US MED to respond to the Complaint is extended to and including March 10, 2017.

IT IS SO STIPULATED.

DATED: February 15, 2017     LAW OFFICES OF TODD M. FREIDMAN, P.C.

By: */s/ Adrian R. Bacon*
    (as authorized on February 15, 2017)
    Adrian R. Bacon
Attorneys for Plaintiff,
LEEROY WILLIAMS

DATED: February 15, 2017     BLANK ROME LLP

By: */s/ Ana Tagvoryan*
    Ana Tagvoryan
Attorneys for Defendant,
US MED, LLC

**ORDER**

Based upon the stipulation of counsel (Doc. 6), the deadline for the defendant to file its responsive pleading is extended 21 days[1].

IT IS SO ORDERED.

Dated:   **February 16, 2017**                     **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel were entitled to stipulate to extend the deadline by up to 28 days without approval of the Court. L.R. 144(a). However, rather than leaving counsel wondering, the Court signs the proposed order provided.