Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LEEROY WILLIAMS,** Individually, And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>**US MED LLC;** Does 1-10 inclusive**,**<br><br>　　　　　　　Defendant. | Case No.  1:17-cv-00014-DAD-JLT<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

　　NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.  A proposed order has been concurrently submitted to this Court.

　　The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' dismissal of this putative class action because this action has not been certified as a class.[1]

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval."

Stipulation to Dismiss- 1

149802.00601/105269657v.1

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the named Plaintiff and without prejudice as to the Putative Class alleged in the complaint.

Respectfully submitted this 27th day of March, 2017

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs


By: s/Safia Gray Hussain, Esq.
SAFIA GRAY HUSSAIN
Attorneys for Defendant

Filed electronically on this 27th day of March, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jennifer L. Thurston
United States District Court
Eastern District of California

Ana Tagvoryan
Blank Rome LLP

Safia Gray Hussain
Blank Rome LLP

This 27th day of March, 2017

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN

Stipulation to Dismiss- 3

149802.00601/105269657v.1