# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEEROY WILLIAMS,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **US MED LLC;** Does 1-10 inclusive**,** <br><br> Defendant. | Case No. 1:17-cv-00014-DAD-JLT <br><br> **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

Dated this ____day of March, 2017.

_____
The Honorable Jennifer L. Thurston