# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEEROY WILLIAMS,** Individually, And On Behalf Of All Others Similarly Situated, <br><br>             Plaintiff, <br><br> v. <br><br> **US MED LLC;** Does 1-10 inclusive, <br><br>             Defendant. | Case No. 1:17-cv-00014-DAD-JLT <br><br> **ORDER CLOSING CASE** |

The parties agree this matter has been settled and that it may be dismissed. (Docs. 24, 25) Once a notice under Federal Rules of Civil Procedure 41(a)(1) has been filed, an order of the Court is not required to make the dismissal effective.  Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Clerk of Court is DIRECTED to close this action as dictated by Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 29, 2017**                              **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE